Lincoln Trust Company, Appellant, v. Dorothea Edgarita McVickar, Respondent, Impleaded with Daniel C. Adams and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry J. Russell, Respondent, v. The Lautz Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Brick* v. *Shaff* (128 App. Div. 264).

George R. Hall, Respondent, v. Frances May Williams Hall, Appellant.— Order affirmed, without costs. No opinion.

John Wilbur Smith, Appellant, v. El Arco Mines Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Bernhard Sinn, Respondent, v. Babette Baruch, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Maria Louise Seifert, Respondent, v. Eugene T. Hawkins and Laura B. M. Hawkins, His Wife, Appellants, Impleaded with William Lemler.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Bertha Borchert, as Administratrix, etc., of Fred Borchert, Otherwise Known as Fritz Borchert, or Frederick Borchert, Deceased, Respondent, v. Manhattan Transit Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Milton Schnaier, Respondent, v. The Onward Construction Company and William E. D. Stokes, Appellants, Impleaded with Francis Bros. & Jellett, Incorporated, and Others.— Judgment and orders affirmed, with costs. No opinion.

William R. Ware, Respondent, v. Mary W. Bonta, Appellant.— Judgment and order affirmed, with costs. No opinion.

John Emanuelli, Respondent, v. Milliken Brothers, Appellant.— Judgment and order affirmed, with costs. No opinion.

Ellis P. Earle, Respondent, v. Lloyd G. McCrum, Appellant.— Judgment affirmed, with costs. No opinion. (Laughlin, J., dissenting on the ground that the case should have been submitted to the jury.)

August Kaelin, as Administrator, etc., of Victor Kaelin, Deceased, Respondent, v. Adrian H. Joline and Douglas Robinson, as Receivers of the Metropolitan Street Railway Company, Appellants.— Judgment and order reversed, new trial ordered, costs to appellants to abide event, unless plaintiff stipulates to reduce judgment as entered, including interest and costs, to the sum of $2,251.10; in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

Alfred L. Smith, Respondent, v. Max Miller and Abraham Silverson, Impleaded with Murtha & Schmohl Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

William Chapman, Jr., by William Chapman, His Guardian ad Litem, Respondent, v. Bernard Courtney, Appellant.— Judgment and order affirmed, with costs. No opinion.

A. D. Granger Company, Respondent, v. Brown-Ketcham Iron Works, Appellant.— Judgment and order affirmed, with costs. No opinion.